UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| KEVIN ZIMMERMAN<br><br>Plaintiff,<br><br>v.<br><br>TRADER JOE'S COMPANY, doing business as Trader Joe's,<br><br>Defendant. | Case No. 2:17-cv-01203-GMN-GWF<br><br>ORDER |

This matter is before the Court on the parties' failure to file a proposed Stipulated Discovery Plan and Scheduling Order. The Complaint (ECF No. 1) in this matter was filed on April 28, 2017. Defendant filed its Motion to Dismiss or in the Alternative Motion for a More Definitive Statement (ECF No. 7) on May 18, 2017. The Court issued an Order (ECF No. 12) on July 10, 2017 ordering the parties to file a stipulated Discovery Plan and Scheduling Order no later than July 24, 2017. To date, the parties have not complied. Accordingly,

**IT IS HEREBY ORDERED** that the parties shall file a stipulated Discovery Plan and Scheduling Order not later than **August 15, 2017** in compliance with the provisions of LR 26-1 of the Rules of Practice of the United States District Court for the District of Nevada. Failure to comply may result in the issuance of an order to show cause why sanctions should not be imposed.

DATED this 8th day of August, 2017.

_____
GEORGE W. FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE